IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **RENEE M. SUDANO** | : | Case No.    **17-23738-GLT** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 |
|---|---|---|---|---|---|---|
| Take Home | $1,650.00 | $1,650.00 | $1,650.00 | $1,650.00 | $1,650.00 | $1,650.00 |
| Contribution | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| Total | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 | $2,150.00 |

/s/ Michael S. Geisler

DATED:   10/12/2017              _____

**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Fax: (412) 372-2513
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net