IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Renee M. Sudano** | : | Bankruptcy No. **17-23738-GLT** |
| | : | |
| | : | Chapter **13** |
| Debtor | : | |
| | : | Related to Document No. |
| **Renee M. Sudano** | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Michael S. Geisler, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**201 Penn Center Blvd., Suite 524**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 372-2513**
Phone No.
**Pa I.D. No. 39414**
List Bar I.D. and State of Admission

Ashley Funding Services, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Bank of America
P.O. Box 982235
El Paso, TX 79998

Bank of America
450 American Street
Simi Valley, CA 93065

Bank of America, N.A.
c/o Carrington Mortgage Services, LLC
1600 South Douglas Road
Anaheim, CA 92806

Berks Credit & Collections
900 Corporate Drive
Reading, PA 19605

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
15000 Capital One Drive
Richmond, VA 23238

Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 2
Anaheim, CA 92806

CNAC IN101
12802 Hamilton Crossing Blvd.
Carmel, IN 46032-5424

Collection Service Center
P.O. Box 14931
Pittsburgh, PA 15234

Columbia Gas of Pa.
P.O. Box 117
Columbus, OH 43216

```
Credit Acceptance
P.O. Box 513
Southfield, MI 48037

Credit Acceptance
25505 West Twelve Mile Rd
Suite 3000
Southfield, MI 48034

Credit Collection Service
P.O. Box 607
Norwood, MA 02062

Credit Management Co.
2121 Noblestown Road
Pittsburgh, PA 15205

Credit Management Co.
2121 Noblestown Road
Pittsburgh, PA 15205

Credit Management Co.
2121 Noblestown Road
Pittsburgh, PA 15205

Credit One Bank
P.O. Box 98875
Las Vegas, NV 89193

DirecTV, LLC
c/o American Infosource, LP as agent
P.O. Box 5008
Carol Stream, IL 60197-5008

ECMC
101 East Fifth Street
Saint Paul, MN 55101

Ellwood City Hospital
724 Pershing Street
Ellwood City, PA 16117

Ellwood Electric
525 Lawrence Avenue
Ellwood City, PA 16117

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

KML Law Group
Suite 5000 - Mellon Independence Center
701 Market Street
Philadelphia, PA 19106
```

```
Lawrence County DRS
430 Court Street
New Castle, PA 16101

LNNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
P.O. Box 10497
Greenville, SC 29603

Med Express Urgent Care
870 Rostraver Road
Belle Vernon, PA 15012

Pa SCDU
P.O. Box 69110
Harrisburg, PA 17106

Pa-American Water Co.
P.O. Box 578
Alton, IL 62002-0578

Premier Bankcard, LLC
c/o Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Prober & Raphael
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Progressive Insurance
6300 Wilson Mills Road
Mayfield Village, OH 44143

Robert Sudano
228 Hazel Avenue
Ellwood City, PA 16117

Transworld Systems, Inc.
507 Prudential Road
Horsham, PA 19044

U.S. Dept. of HUD
451 7th Street, S.W.
Washington, DC 20410

Verizon
500 Technology Drive
Suite 300
Weldon Spring, MO 63304-2225
```

```
Walton Financial
505 Lawrence Street
Ellwood City, PA 16117
```