IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **RENEE M. SUDANO,** | : | Case No. **17-23738-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 10 |
| **RENEE M. SUDANO**, | : | & 11 |
| *Movant,* | : | |
| vs | : | Filed under Section |
| | : | 362(c)(3) of the |
| ASHLEY FUNDING SERVICES, LLC, BANK OF AMERICA, BERKS | : | Bankruptcy Code |
| CREDIT & COLLECTIONS, CAPITAL ONE AUTO FINANCE, CAPITAL | : | |
| ONE BANK (USA), N.A., CARRINGTON MORTGAGE SERVICES, LLC, | : | Hearing Date: 10/18/2017 |
| CNAC IN101, COLLECTION SERVICE CENTER, CREDIT | : | at 10:00 am |
| ACCEPTANCE, CREDIT COLLECTION SERVICE, CREDIT | : | |
| MANAGEMENT CO., CREDIT ONE BANK, DIRECTV, LLC, ECMC, | : | |
| ELLWOOD CITY HOSPITAL, FIRST PREMIER BANK, LAWRENCE | : | |
| COUNTY DRS, LNNV FUNDING, LLC, MED EXPRESS URGENT CARE, | | |
| PA SCDU, PREMIER BANKCARD, LLC, PROGRESSIVE INSURANCE, | | |
| ROBERT SUDANO, TRANSWORLD SYSTEMS, INC., U.S. DEPT. OF | | |
| HUD, VERIZON, and WALTON FINANCIAL, | | |
| *Respondents* | | |

## CERTIFICATE OF NO OBJECTION REGARDING
## DEBTOR'S MOTION TO EXTEND STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **9/29/2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **10/16/2017.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Michael S. Geisler

DATED: 10/17/2017

_____

**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
e-mail: m.s.geisler@att.net