**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| RENEE M. SUDANO,<br>*Debtor* | Case No. **17-23738-GLT** |
| | Doc. No. __10__ |
| RENEE M. SUDANO,<br>*Movant,*<br>vs<br>ASHLEY FUNDING SERVICES, LLC, BANK OF AMERICA, BERKS CREDIT & COLLECTIONS, CAPITAL ONE AUTO FINANCE, CAPITAL ONE BANK (USA), N.A., CARRINGTON MORTGAGE SERVICES, LLC, CNAC IN101, COLLECTION SERVICE CENTER, CREDIT ACCEPTANCE, CREDIT COLLECTION SERVICE, CREDIT MANAGEMENT CO., CREDIT ONE BANK, DIRECTV, LLC, ECMC, ELLWOOD CITY HOSPITAL, FIRST PREMIER BANK, LAWRENCE COUNTY DRS, LNNV FUNDING, LLC, MED EXPRESS URGENT CARE, PA SCDU, PREMIER BANKCARD, LLC, PROGRESSIVE INSURANCE, ROBERT SUDANO, TRANSWORLD SYSTEMS, INC., U.S. DEPT. OF HUD, VERIZON, and WALTON FINANCIAL,<br>*Respondents* | Filed under Section 362(c)(3) of the Bankruptcy Code |

*Default*

**ORDER OF COURT**

AND NOW, this __17th__ day of __October__, 20__17__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

_____ J.
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

FILED
10/17/17 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23738-GLT
Renee M. Sudano                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1            Date Rcvd: Oct 17, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db              +Renee M. Sudano,    512 Ore Street,    Ellwood City, PA 16117-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Michael S. Geisler    on behalf of Debtor Renee M. Sudano m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 4