# MINUTES OF CHAPTER 11/§ 1741(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Sudano_____ JAD/TPA/CMB/**GLT**

Case Number: __17-23738__

Date of Meeting: __11/13/17__                     Recording # __25__

Debtor(s) present __✓__ or Not Present _____ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Geisler_____ (Present __✓__ or Not Present ____)

Date of Plan at § 341: __10-12-17__ Applicable commitment period __✓__ 3 yrs __ 5 yrs

2014 ch 7 discharged

2016 ch 13 DM

*FILED 2017 NOV 15 P 2:05 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

_____ Meeting HELD and CONCLUDED        2016 Tax return unfiled
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                _____ Order to Show Cause Requested
                                       _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    __✓__ 341 Meeting  OR  __✓__ Conciliation Conf. OR __ *Contested Hearing
    On __1-11-18__ at __11:00__ am/pm Location __3251 US Steel__

_____
Richard Best
Chapter 13 Trustee/Attorney for Trustee