Case 17-23738-GLT  Doc 38  Filed 02/18/18  Entered 02/19/18 00:46:13  Desc Imaged
Certificate of Notice  Page 1 of 3

FILED
2/16/18 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No. 17-23738-GLT |
|---|---|---|
|  | : | Chapter 13 |
| RENEE M. SUDANO, | : |  |
|  | : | Related to Dkt. No. 19 |
| *Debtor.* | : |  |
|  | : | Hearing: April 26, 2018 at 10:30 a.m. |

## ORDER

This matter came before the Court to consider confirmation of the Debtor's *Chapter 13 Plan dated October 12, 2017* [Dkt. No. 19]. Bank of America, N.A. filed an objection [Dkt. No. 31]. After a hearing on February 14, 2018 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The hearing to consider confirmation of the Debtor's *Chapter 13 Plan dated October 12, 2017* [Dkt. No. 19] is continued to a conciliation conference with the chapter 13 trustee on **April 26, 2018 at 10:30 a.m.** in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

2. On or before **February 28, 2018,** the Debtor shall file a motion for a wage attachment and amended schedules I and J.

3. On or before **February 28, 2018,** the Debtor shall remit a payment of at least $500 via certified check or money order to the chapter 13 trustee. The Debtor shall remain current on her upcoming plan payments through April 26, 2018.

4. If the Debtor does not timely comply with the items in ¶¶ 2–3, the Court may dismiss the case with prejudice and without further notice or hearing upon the filing of an affidavit of non-compliance by the chapter 13 trustee or any party-in-interest. The affidavit shall contain a statement of default as supported by the records of the chapter 13 trustee.

Dated: February 15, 2018

GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Debtor's counsel
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Renee M. Sudano  
    Debtor

Case No. 17-23738-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　User: aala　　Page 1 of 1　　Date Rcvd: Feb 16, 2018  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.  
db　　　　　+Renee M. Sudano,　 512 Ore Street,　 Ellwood City, PA 16117-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:  
　　　James Warmbrodt　　on behalf of Creditor　　BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
　　　Michael S. Geisler　　on behalf of Debtor Renee M. Sudano m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4