**Form 404**

UNITED STATES BANKRUPTCY COURT          45 – 44
WESTERN DISTRICT OF PENNSYLVANIA        dbas

In re:                                         Bankruptcy Case No.: 17−23738−GLT
                                               Related to Docket No. 44
                                               Chapter: 13
                                               Hearing Date: 5/23/18 at 11:00 AM

**Renee M. Sudano**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                    **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                    (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                    By:  _____
                                         (Signature)
                                         _____
                                         Typed Name

                                         _____
                                         Address
                                         _____
                                         Phone No.

                                         _____
                                         List Bar I.D. and State of Admission

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
```

In re:                                                          Case No. 17-23738-GLT
Renee M. Sudano                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas              Page 1 of 1         Date Rcvd: Apr 03, 2018
                              Form ID: 404            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db             +Renee M. Sudano,    512 Ore Street,    Ellwood City, PA 16117-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Renee M. Sudano m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4