FILED
6/18/18 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Renee M. Sudano

    Debtor

BANK OF AMERICA, N.A.,

    Movant

    v.

Renee M. Sudano

    Respondent
    and

Robert W. Sudano
Ronda J. Winnecour, Trustee

    Additional Respondents

No. 17-23738 GLT

CHAPTER 13

Related to Doc. 58, 61 & 62

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant has filed a motion for relief from the automatic stay;

WHEREAS, Debtor has filed a response opposing the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to the property at 512 Ore Street, Ellwood City, PA 16117, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3. Time is of the essence as to all plan payments going forward.

4.      For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not

received a full plan payment by the last day of the month in which the Debtor's payment is due,

as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 1,

above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of

the Movant with respect to the property at 512 Ore Street, Ellwood City, PA 16117, upon the filing

of an Affidavit of Default by Movant, without further hearing or without entry of an additional

order.  Such Affidavit of Default shall contain a statement of default as supported by the Movant's

own records as well as the records of the Chapter 13 Trustee.

4.      Relief from the automatic stay shall be effective immediately upon conversion of Debtor's

case to a case under Chapter 7.

5.      In the event that the automatic stay is terminated as provided by this Order, then the

Trustee shall make no further disbursements to Respondent on account of its secured claim,

unless directed otherwise by further Order of Court.

6.      Debtor's response in opposition to the motion for relief from the automatic stay is hereby

withdrawn, and the hearing scheduled for June 20, 2018 at 9:30 am is cancelled.

Consented to by:

*/s/ Michael S. Geisler, Esquire*
Michael S. Geisler, Esquire
Attorney for Debtors
201 Penn Center Blvd., Ste. 524
Pittsburgh, PA 15235
Phone: 412-613-2133
m.s.geisler@att.net

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

*/s/ Jana Pail, Esquire*
Jana Pail, Esquire
Attorney for Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA  15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____ J.
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23738-GLT
Renee M. Sudano                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz           Page 1 of 1              Date Rcvd: Jun 18, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
              +Robert W. Sudano,    512 Ore Street,   Ellwood City, PA 16117-1033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Michael S. Geisler   on behalf of Debtor Renee M. Sudano m.s.geisler@att.net,
          msgeis@yahoo.com;michaelgeisler13@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 4