FILED
10/10/18 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-23738-GLT    (N) |
| | Chapter 13 |
| RENEE M. SUDANO, | |
| | Related to Dkt. No. 19 |
| *Debtor.* | |
| | Hearing: November 8, 2018 at 3:00 p.m. |

### ORDER

This matter came before the Court to consider confirmation of the Debtor's *Chapter 13 Plan dated October 12, 2017* [Dkt. No. 19]. Bank of America, N.A. filed an objection [Dkt. No. 31]. On April 27, 2018 a Order was issued Reconsidering the Dismissal of this case. It is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The hearing to consider confirmation of the Debtor's *Chapter 13 Plan dated October 12, 2017* [Dkt. No. 19] is continued to a conciliation conference with the chapter 13 trustee on November 8, 2018 at 3:00 p.m. in 3251 U.S. Steel Tower, 600 Grant St., Pittsburgh, PA 15219.

DATED: October 10, 2018

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 17-23738-GLT
Renee M. Sudano                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz            Page 1 of 2            Date Rcvd: Oct 10, 2018
                            Form ID: pdf900       Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
```
db             +Renee M. Sudano,    512 Ore Street,    Ellwood City, PA 16117-1033
14694666      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      P.O. Box 982235,    El Paso, TX 79998)
14694667       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
14740129       +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,     1600 South Douglass Road,
                 Anaheim, CA 92806-5948
14694668       +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,     1600 South Douglas Road,
                 Anaheim, CA 92806-5948
14694676      ++COLLECTION SERVICE CENTER INC,     363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,      P.O. Box 14931,    Pittsburgh, PA 15234)
14709252      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pa.,      P.O. Box 117,    Columbus, OH 43216)
14694674       +Carrington Mortgage Services, LLC,     1600 South Douglass Road, Suite 2,
                 Anaheim, CA 92806-5951
14694677       +Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
14694678       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14694682        DirecTV, LLC,   c/o American Infosource, LP as agent,      P.O. Box 5008,
                 Carol Stream, IL 60197-5008
14728321       +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
14694683       +ECMC,   101 East Fifth Street,    Saint Paul, MN 55101-7515
14694684       +Ellwood City Hospital,    724 Pershing Street,    Ellwood City, PA 16117-1499
14709253       +Ellwood Electric,    525 Lawrence Avenue,    Ellwood City, PA 16117-8528
14694685       +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
14694686       +KML Law Group,   Suite 5000 - Mellon Independence Center,      701 Market Street,
                 Philadelphia, PA 19106-1538
14694687       +Lawrence County DRS,    430 Court Street,    New Castle, PA 16101-3558
14694690       +Med Express Urgent Care,    870 Rostraver Road,    Belle Vernon, PA 15012-1945
14694691       +Pa SCDU,   P.O. Box 69110,    Harrisburg, PA 17106-9110
14694693       +Prober & Raphael,    20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
14694694       +Progressive Insurance,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
14694697       +U.S. Dept. of HUD,    451 7th Street, S.W.,    Washington, DC 20410-0001
14694699       +Walton Financial,    505 Lawrence Street,    Ellwood City, PA 16117-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 03:26:22
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14694665        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:26:27
                 Ashley Funding Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
14771625        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:26:32
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14694669       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 11 2018 03:21:59
                 Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
14694673        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 03:25:55
                 Capital One Bank (USA), N.A.,    15000 Capital One Drive,    Richmond, VA 23238
14694675        E-mail/Text: bankruptcy@jdbyrider.com Oct 11 2018 03:21:45      CNAC IN101,
                 12802 Hamilton Crossing Blvd.,    Carmel, IN 46032-5424
14694671       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 03:26:22
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14694670       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 11 2018 03:25:33
                 Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
14694672        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 03:26:20
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14694679       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 11 2018 03:21:45
                 Credit Collection Service,    P.O. Box 607,    Norwood, MA 02062-0607
14694680       +E-mail/Text: abovay@creditmanagementcompany.com Oct 11 2018 03:21:11      Credit Management Co.,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14694681       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2018 03:26:23     Credit One Bank,
                 P.O. Box 98875,    Las Vegas, NV 89193-8875
14694688        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:26:05     LNNV Funding, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14694689       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:25:39     LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
14770961        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:26:32
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14787498        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:26:05
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC  29603-0587
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                  Date Rcvd: Oct 10, 2018
                               Form ID: pdf900             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14724351       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:53:44
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14695291      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:52:59
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14709254       E-mail/Text: csc.bankruptcy@amwater.com Oct 11 2018 03:21:47    Pa-American Water Co.,
               P.O. Box 578,    Alton, IL 62002-0578
14710058       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2018 03:20:07
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
14694692      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2018 03:20:55    Premier Bankcard, LLC,
               c/o Jefferson Capital Systems, LLC,    P.O. Box 7999,   Saint Cloud, MN 56302-7999
14735459      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2018 03:20:55    Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14694696      +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2018 03:21:29    Transworld Systems, Inc.,
               507 Prudential Road,    Horsham, PA 19044-2308
14694698       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2018 03:19:22
               Verizon,    500 Technology Drive,   Suite 300,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14694695       ##+Robert Sudano,    228 Hazel Avenue,    Ellwood City, PA 16117-1042
                                                                                  TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Renee M. Sudano m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```