**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RENEE M. SUDANO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-23738 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/18/2017 and confirmed on 11/13/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 5,258.00 |
| Less Refunds to Debtor | | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 5,258.00 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 792.20 | | |
| Trustee Fee | | 226.51 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 1,018.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BANK OF AMERICA NA**<br>Acct: 3442 | 0.00 | 2,541.26 | 0.00 | 2,541.26 |
| BANK OF AMERICA NA**<br>Acct: 3442 | 22,990.75 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP*<br>Acct: 3042 | 9,944.38 | 592.48 | 795.55 | 1,388.03 |
| US DEPARTMENT OF HUD**<br>Acct: 0417 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,929.29 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RENEE M. SUDANO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 792.20 | 0.00 | 0.00 |
| ROBERT SUDANO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

Case 17-23738-GLT   Doc 79   Filed 06/10/19   Entered 06/10/19 12:03:46   Desc Main
                       Document      Page 2 of 3

| 17-23738 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | PA DEPARTMENT OF REVENUE* | 1,560.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 3932 | | | | |
| | BANK OF AMERICA NA** | 1,325.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3442 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXXX-GLT | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | ASHLEY FUNDING SVCS LLC | 206.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 117A | | | | |
| | BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE AUTO FINANCE** | 10,958.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 4397 | | | | |
| | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 712.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 7411 | | | | |
| | CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLUMBIA GAS OF PA INC(*) | 20.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3932 | | | | |
| | CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PREMIER BANKCARD LLC | 428.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 6533 | | | | |
| | AMERICAN INFOSOURCE LP - AGENT DIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC(*) | 30,773.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 3932 | | | | |
| | ELLWOOD CITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ELLWOOD CITY ELECTRIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ELLWOOD CITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAWRENCE COUNTY DRS** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 17-23738 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    LVNV FUNDING LLC, ASSIGNEE<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    LVNV FUNDING LLC, ASSIGNEE<br>      Acct: 3972 | 880.63 | 0.00 | 0.00 | 0.00 |
|    MED EXPRESS URGENT CARE<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    PA SCDU*<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    PA AMERICAN WATER(*) AKA AMERICAN<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    PREMIER BANKCARD LLC<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    PROBER & RAPHAEL<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    PROGRESSIVE INSURANCE CO<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    TRANSWORLD SYSTEMS++<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    VERIZON<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    WALTON FINANCIAL++<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    PA DEPARTMENT OF REVENUE*<br>      Acct: 3932 | 383.75 | 0.00 | 0.00 | 0.00 |
|    SYNCHRONY BANK<br>      Acct: 3681 | 0.00 | 0.00 | 0.00 | 0.00 |
|    AIS PORTFOLIO SERVICES (AMERICAN IN<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    JAMES C WARMBRODT ESQ<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

| TOTAL PAID TO CREDITORS | | 4,239.29 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 3,195.83 | |
|   SECURED | 32,935.13 | |
|   UNSECURED | 44,363.18 | |

Date: 06/10/2019

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com